UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-00242-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| RAY ANTOINE ROBERTSON, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion for Early Termination of Probation. (Doc. No. 4).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: April 7, 2021

Max O. Cogburn Jr
United States District Judge