UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-242-MOC-DSC-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAY ANTOINE ROBERTSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Probation/Supervised Release. (Doc. No. 4). The Court ordered a response from the Government. The Government consulted Officer Kyle Kusmierczyk with the Office of United States Probation who is the Robertson's supervising officer. Officer Kusmierczyk advised Robertson has been fully compliant with his supervision and believes Robertson is suitable for early termination. Officer Kusmierczyk reported Robertson has completed four (4) years and three (3) months of his five (5) years of supervision and the Office of United States Probation is not opposed to Robertson being granted early termination from his supervised release. The Government states that it, therefore, has no objection to early termination of the defendant's term of supervised release. The Government asserts that the United States Probation Office concurs in this recommendation.

Finding that defendant has shown that he is an excellent candidate for early termination of probation/supervised release, the Court will, therefore, grant defendant's motion.

**ORDER**

**IT IS HEREBY ORDERED** that defendant's Motion for Early Termination of Probation (Doc. No. 4) is **GRANTED**.

Signed: April 23, 2021

Max O. Cogburn Jr.
United States District Judge